**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. NO. 4:14-CR-211-26-DPM | |
| **DUSTIN TARRANTS** | **DEFENDANT** |

### ORDER

Pending before the Court is a motion for issuance of summons and for revocation of pretrial release. (Docket entry #759) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Dustin Tarrants, and deliver to the United States Marshal for execution, requiring Defendant's appearance at a hearing before United States Magistrate Judge Beth Deere on May 24, 2016, at 9:30 a.m., at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201, Courtroom 1D, to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 9th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE